IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| STEPHON JANIUS ARRASTIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 325-079 |
| ) | |
| HEAD WARDEN WATSON and DR. ) | |
| AYEDUM, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Watson for failure to state a claim upon which relief may be granted. The Court further **DISMISSES** all official capacity claims for monetary damages from the case. The case shall proceed against Defendant Ayedum as described in the Magistrate Judge's December 19, 2025 Order. (Doc. no. 15.)

SO ORDERED this 20th day of January, 2026, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE