IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| STEPHON JANIUS ARRASTIA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-079 |
| | ) | |
| DR. AYODELE ABEL AYEDUN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

_____

**O R D E R**

_____

On February 4, 2026, the Court directed the United States Marshal to contact the Georgia Attorney General's Office to determine if the Attorney General's Office intends to represent Defendant Dr. Ayedun. (Doc. no. 21.) The Court further directed the Marshal to notify the Court about the results of this inquiry in a written filing on the record within twenty-one days of the date of the Order. (Id. at 3.)

However, the twenty-one-day deadline has passed, but no written filing has been docketed. Accordingly, the Court again **DIRECTS** the United States Marshal to contact the Georgia Attorney General's Office to determine if the Attorney General's Office intends to represent Defendant Dr. Ayedun, and if so whether Defendant intends to waive formal service, or if Defendant intends to bear the cost of personal service by the Marshal that will be ordered by the Court if formal service is not waived. See Fed. R. Civ. P. 4(d). The Court also

**DIRECTS** the Marshal to notify the Court of the results of the inquiry to the Attorney General's Office in a written filing on the record within **fourteen** days of the date of this Order.

The Court **DIRECTS** the **CLERK** to serve a copy of this Order on the United States Marshal and on Roger Chalmers by mail at Department of Law, Georgia Attorney General's Office, 40 Capitol Square SW, Atlanta, Georgia 30334, and by email at rchalmers@law.ga.gov.

Finally, in light of the above-described delays, the Court **EXTENDS** the deadline for effecting service of process through and including April 20, 2026.

SO ORDERED this 3rd day of March, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

2